NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**REALTIME DATA, LLC,**
*Appellant*

**v.**

**RIVERBED TECHNOLOGY, INC., ECHOSTAR CORPORATION, HUGHES NETWORK SYSTEMS, LLC, VERITAS TECHNOLOGIES LLC,**
*Appellees*

---

2018-1155, 2018-1156

---

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR2016-00978, IPR2016-00980, IPR2017-00366.

---

## JUDGMENT

---

KAYVAN B. NOROOZI, Noroozi PC, Santa Monica, CA, argued for appellant.

GABRIEL BELL, Latham & Watkins LLP, Washington, DC, argued for appellee Veritas Technologies LLC. Also represented by ALAN M. BILLHARZ, ROBERT J. GAJARSA; LISA K. NGUYEN, Menlo Park, CA; AMIT MAKKER, San Francisco, CA; ROBERT STEINBERG, Los Angeles, CA.

JOHN RUSSELL EMERSON, Haynes & Boone, LLP, Dallas, TX, for appellee Riverbed Technology, Inc. Also represented by DEBRA JANECE MCCOMAS, DAVID M. O'DELL; KYLE L. HOWARD, GREGORY P. WEBB, Richardson, TX.

ADAM SHARTZER, Fish & Richardson PC, Washington, DC, for appellees EchoStar Corporation, Hughes Network Systems, LLC.

_____

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (DYK, TARANTO, and STOLL, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

| | |
|---|---|
| November 8, 2018 | /s/ Peter R. Marksteiner |
| Date | Peter R. Marksteiner |
| | Clerk of Court |